IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01505-REB-MEH

JAMES T. ARGYS and
JANELLE A. ARGYS,

    Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC.,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, September 10, 2007.**

    Based on the Stipulation to Withdraw Plaintiffs' Motion for Temporary Restraining Order, the Motion for Temporary Restraining Order and Injunction [Filed July 31, 2007; Docket #4] is withdrawn without prejudice and is, hereby, **terminated**.