IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01505-REB-KMT

JAMES T. ARGYS and
JANELL A. ARGYS

    Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC.

    Defendant.

---

**MINUTE ORDER**

---

KATHLEEN M. TAFOYA, United States Magistrate Judge
Janet D. Zinser, Judicial Assistant


Plaintiffs' "Motion for Enlargement to Comply with Interrogatories Schedule" (#35, filed April 14, 2008) is GRANTED. THE PLAINTIFFS WILL MAIL OR OTHERWISE DELIVER THEIR DISCOVERY RESPONSES SUFFICIENTLY IN ADVANCE THAT THE DEFENDANTS WILL **RECEIVE** THE RESPONSES BY NO LATER THAN MAY 1, 2008.

Defendant's "Motion to Compel Discovery" (#32, filed April 2, 2008) is DENIED without prejudice. Defendant's "Motion to Compel Discovery Exhibit A and Exhibit B" (#34, Filed April 2, 2008) is DENIED as moot.

Dated: April 15, 2008