IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01505-REB-KMT

JAMES T. ARGYS and
JANELL A. ARGYS

    Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC.

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Strike" (#40, filed June 17, 2008) is **DENIED**. Plaintiffs shall have up to and including July 9, 2008 to file their response to the summary judgment.

Dated: June 23, 2008