IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01505-REB-KMT

JAMES T. ARGYS and
JANELL A. ARGYS

 Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC.

 Defendant.

**ORDER**

This matter is before the court on Greenpoint Mortgage Funding, Inc.'s ("GMF") "Motion for Sanctions for Failure to Cooperate Concerning Preparation of the Pretrial Order," [Doc. No. 46, filed July 21, 2008].

Plaintiffs did not respond to this motion in writing. The court, however, personally inquired of Mr. Argys during the Final Pretrial Conference held July 22, 2008 why he had failed to participate in the preparation of the Order. Mr. Argys advised he is prosecuting this case pro se and explained to the court his inability to access the internet and the difficulties he has had with clerical and financial issues. Mr. Argys participated in a schedule set forth by the court to prepare the Final Pretrial Order and re-submit it in proper form. The Final Pretrial Order was thereafter filed within the parameters set forth by the court. Although the attorney for Greenpoint Mortgage is to be credited with the majority of the work in preparing and filing the Final Pretrial Order, the court concludes that in this instance the Plaintiffs are acting in good faith in an attempt

to comply with the court's requirements and an award of expenses would be unjust under the circumstances.

Therefore, Greenpoint Mortgage Funding, Inc.'s Motion for Sanctions for Failure to Cooperate Concerning Preparation of the Pretrial Order" [Doc. No. 46] is DENIED.

Dated this 2nd day of September, 2008.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge