**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01505-REB-KMT

JAMES T.ARGYS, and
JANELLE A. ARGYS,

Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC.,

Defendant.

---

**ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#55], filed September 2, 2008; and (2) plaintiffs' **Objection to Magistrate Judge's Recommendation Dated September 2, 2008** [#56], filed September 16, 2008. I overrule the objections, adopt the recommendation, and grant defendant's motion for summary judgment.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. ***See Hall v. Bellmon***, 935

F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned.[1] Plaintiffs' objections are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#55], filed September 2, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiffs' objections as stated in the **Objection to Magistrate Judge's Recommendation Dated September 2, 2008** [#56], filed September 16, 2008, are **OVERRULED**;

3. That **Defendant's Motion for Summary Judgment** [#38], filed June 9, 2008, is **GRANTED**;

4. That plaintiffs' claims against defendant are **DISMISSED WITH PREJUDICE**;

5. That judgment **SHALL ENTER** on behalf of defendant, Greenpoint Mortgage Funding, Inc., against plaintiffs, James T. Argys and Janell A. Argys, as to all claims and causes of action asserted in this lawsuit;

6. That the Trial Preparation Conference, currently scheduled for Friday, October 10, 2008, at 9:00 a.m., as well as the trial, currently scheduled to commence on

---

[1] In addition to the reasons cited by the magistrate judge as warranting summary judgment, I also find, based on the reasons and authorities cited and arguments advanced by defendant in its motion for summary judgment, that plaintiffs' claims in this lawsuit were compulsory counterclaims pursuant to C.R.C.P. 13(a), and the claims presented herein are subject to dismissal on that independent and alternative basis as well.

Monday, October 27, 2008, are **VACATED**; and

7. That defendant is **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated September 24, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**