IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:07-cv-01505-REB-KMT

JAMES T. ARGYS, and
JANELL A. ARGYS,

      Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC.,

      Defendant.

## ORDER RELEASING LIS PENDENS

THIS CAUSE, coming before the Court pursuant to Fed. R. Civ. P. 52(b) and Colo. R. Civ. P. 105(f)(2), on Defendant GREENPOINT MORTGAGE FUNDING, INC. ("GPMF"), Motion for an order pursuant to COLO. REV. STAT. § 38-35-110(2) determining that certain real property hereafter described will not be affected by a judgment on the issues pending herein, and that the Notice of Lis Pendens is no longer in effect as to such property, the Court, being fully advised in the premises;

THE COURT FINDS AS FOLLOWS:

1.   On or about April 9, 2008, Plaintiffs recorded a Notice of Lis Pendens Pursuant to COLO. REV. STAT. § 38-35-110, recorded under Reception No. 197450 in the records of Ouray County, Colorado, a copy of which is attached to GPMF's Motion as Exhibit A, claiming that this action affects the title to certain property described therein.

2. The Court has dismissed Plaintiffs claims with prejudice, and any judgment entered will not affect any of the real property described in the Notice of Lis Pendens or any specifically described interest therein.

3. Due to the prior extensive briefings of this matter relating to GPMF's Motion for Summary Judgment [#38] filed June 9, 2008, no hearing is required on this motion.

IT IS HEREBY ORDERED:

The title to certain property described below will not be affected by judgment on the issues pending in the action; the Notice of Lis Pendens is no longer in effect with respect to such property; and there is no just reason for delay in entry of final judgment and expressly directing that such order shall be a final judgment as to the matters set forth therein, which shall be separate and distinct from any issues remaining in the action that is appealable only as a separate judgment as required by C.R.C.P. 54(b) or Fed. R. Civ. P. 54(b). The property to be affected by such order is described as follows:

**Don Wilson Exemption, Lot 1, County of Ouray, State of Colorado,**

commonly known as 6351 County Road 1, Montrose, Colorado 81401

Dated: October 2, 2008

Enter: 

Judge
KATHLEEN M. TAFOYA
United States Magistrate Judge