IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01505-REB-KMT

JAMES T.ARGYS, and
JANELLE A. ARGYS,

    Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC.,

    Defendant.

---

**ORDER DENYING PLAINTIFFS' MOTION TO
ALTER OR AMEND PURSUANT TO 59(e)**

---

**Blackburn, J.**

The matter before me is **Plaintiffs' Motion to Alter or Amend Pursuant to 59(e)** [#62], filed October 6, 2008. I deny the motion.

Because plaintiffs' motion was filed within ten days of the entry of judgment, it is properly considered under Fed.R.Civ.P. 59(e). However, the bases for granting a motion under Rule 59(e) are limited:

> Grounds warranting a motion to reconsider include (1) an intervening change in the controlling law, (2) new evidence previously unavailable, and (3) the need to correct clear error or prevent manifest injustice. Thus, a motion for reconsideration is appropriate where the court has misapprehended the facts, a party's position, or the controlling law. It is not appropriate to revisit issues already addressed or advance arguments that could have been raised in prior briefing.

***Servants of the Paraclete v. Does***, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted).

None of these circumstances pertains here. Plaintiffs' motion is little more than a rehashing of the arguments already advanced in response to the motion for summary judgment. Their disagreement with the court's legal conclusions provide no ground for relief under Rule 59(e). Accordingly, their motion must be denied.

**THEREFORE, IT IS ORDERED** that **Plaintiffs' Motion to Alter or Amend Pursuant to 59(e)** [#62], filed October 6, 2008, is **DENIED**.

Dated November 18, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Court**