**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

Civil Action No.   07-cv-01505-REB-KMT                    FTR

**Date:**   April 23, 2009                                      Debra Brown, Deputy Clerk

JAMES T. ARGYS and                                      Pro se
JANELL A. ARGYS

                              Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDS, INC.                    Wade David Warthen

                              Defendant.

---

**COURTROOM MINUTES / MINUTE ORDER**

---

**MOTIONS HEARING**

**Court in Session: 9:47 a.m.**

Court calls case.  Appearance of counsel. The Court's record shall reflect there is no appearance by Mr. Arguys.

Defendant's "MOTION for Attorney Fees" [Document #64, filed October 09, 2008] at issue.
Questions by the court regarding exhibits in support of the motion.
Statements by Mr. Warthen.
The Court record will reflect that Mr. Warthen has appeared prepared with invoices and payment records in support of the fees. Mr. Warthen states his client paid these expenses and could present redacted copies to the Court. The Court declines those documents at this time.

**ORDERED:**    Defendant's "MOTION for Attorney Fees" [Document #64, filed October 09, 2008] is **TAKEN UNDER ADVISEMENT.** A written order will issue.

**Court in recess: 9:57 a.m.**
Total In-Court Time 0:10; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.