# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 07-cv-01505-REB-KMT

JAMES T. ARGYS, and
JANELLE A. ARGYS,

    Plaintiffs,

v.

GREENPOINT MORTGAGE FUNDING, INC.,

    Defendant.

## ORDER ADOPTING RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter before me is the **Recommendation of United States Magistrate Judge** [#72], filed May 20, 2009. No objections having been filed to the recommendation, I review it only for plain error. *See Morales-Fernandez v. Immigration & Naturalization Service*, 418 F.3d 1116, 1122 (10th Cir. 2005).[1] Finding no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#72], filed May 20, 2009, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] This standard pertains even though plaintiffs are proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

      2.  That defendant's **Motion For Attorneys' Fees** [#64], filed October 9, 2008, is **GRANTED** on the basis that section 9 of the underlying Deed of Trust provides for the recovery of attorney fees in the circumstances occasioned by this lawsuit;

      3.  That defendant is **AWARDED** $79,096.00 in attorney fees and costs against plaintiffs as additional indebtedness under the terms of the Deed of Trust; and

      4.  That judgment **SHALL ENTER** accordingly.

Dated June 12, 2009, at Denver, Colorado.

                                                   **BY THE COURT:**

                                                   Robert E. Blackburn
                                                   United States District Judge